UNITED STATES of America,
Plaintiff—Appellee,

v.

Jesus CASTRO–GARCIA, Defendant—
Appellant.

No. 03–55233.
D.C. Nos. CV–02–01664–JNK/LAB,
CR–01–00548–LKK.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 28, 2003.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

## MEMORANDUM**

Federal prisoner Jesus Castro Garcia appeals pro se the district court's order denying his 28 U.S.C. § 2255 motion to vacate his 46-month sentence, which was imposed following his guilty plea to illegal reentry in violation of 8 U.S.C. § 1326.

We agree with the district court that Castro-Garcia did not establish that his counsel was ineffective at sentencing for failing to object under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), to the district court's use of prior state convictions to enhance Castro-Garcia's sentence for a prior aggravated felony, because this issue is foreclosed by *United States v. Pacheco-Zepeda,* 234 F.3d 411 (9th Cir.2000). We also agree with the district court that Castro-Garcia failed to establish that his counsel was ineffective during plea negotiations by failing to obtain his signature to a plea offer that would have given him a maximum sentence of 13 months.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

